UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PCS PHOSPHATE COMPANY, INC., )<br>        Plaintiff, )<br>)<br>V. )<br>)<br>AMERICAN HOME ASSURANCE )<br>COMPANY, )<br>        Defendant/Third Party )<br>        Plaintiff. )<br>)<br>V. )<br>)<br>ZURICH AMERICAN INSURANCE )<br>COMPANY, )<br>        Third-Party Defendant, )<br>and )<br>)<br>FEDERAL INSURANCE COMPANY, )<br>        Third-Party Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:14-CV-99-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** the court GRANTS Zurich American's motion for partial judgment on the pleadings [D.E. 72]. The court DISMISSES American Home's claims against Zurich American with respect to the underlying Consol and CP&L actions.

SO ORDERED. This 29th day of March, 2016.

**This Judgment Filed and Entered on March 29, 2016, and Copies To:**

| | |
|---|---|
| Curtis J. Shipley | (via CM/ECF Notice of Electronic Filing) |
| Michael H. Ginsberg | (via CM/ECF Notice of Electronic Filing) |
| Dominic I. Rupprecht | (via CM/ECF Notice of Electronic Filing) |
| Jane Borthwick Story | (via CM/ECF Notice of Electronic Filing) |
| Gillian Shannon Crowl | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| Katherine T. Armstrong | (via CM/ECF Notice of Electronic Filing) |
| Richard W. Bryan | (via CM/ECF Notice of Electronic Filing) |
| William C. Robinson | (via CM/ECF Notice of Electronic Filing) |
| Timothy P. Kilgore | (via CM/ECF Notice of Electronic Filing) |
| James W. Bryan | (via CM/ECF Notice of Electronic Filing) |
| Peter George Pappas | (via CM/ECF Notice of Electronic Filing) |
| David L. Levy | (via CM/ECF Notice of Electronic Filing) |
| Laura M. Forrest | (via CM/ECF Notice of Electronic Filing) |

DATE:  JULIE RICHARDS JOHNSTON, CLERK

March 29, 2016  (By) /s/ Nicole Briggeman

 Deputy Clerk