UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PCS PHOSPHATE COMPANY, INC., )<br>        Plaintiff, )<br>)<br>V. )<br>)<br>AMERICAN HOME ASSURANCE )<br>COMPANY, )<br>        Defendant/Third-Party )<br>        Plaintiff )<br>V. )<br>)<br>ZURICH AMERICAN INSURANCE )<br>COMPANY, )<br>        Third-Party Defendant, )<br>and )<br>)<br>FEDERAL INSURANCE COMPANY, )<br>Third-Party Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:14-CV-99-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS Federal's motion for judgment on the pleadings [D.E. 80]. The court DISMISSES American Home's claims against Federal with respect to the underlying Consol and CP&L actions.

**This Judgment Filed and Entered on June 14, 2016, and Copies To:**

| | |
|---|---|
| Curtis J. Shipley | (via CM/ECF Notice of Electronic Filing) |
| Michael H. Ginsberg | (via CM/ECF Notice of Electronic Filing) |
| Dominic I. Rupprecht | (via CM/ECF Notice of Electronic Filing) |
| Jane Borthwick Story | (via CM/ECF Notice of Electronic Filing) |
| Gillian Shannon Crowl | (via CM/ECF Notice of Electronic Filing) |
| Katherine T. Armstrong | (via CM/ECF Notice of Electronic Filing) |
| Richard W. Bryan | (via CM/ECF Notice of Electronic Filing) |
| William C. Robinson | (via CM/ECF Notice of Electronic Filing) |
| Timothy P. Kilgore | (via CM/ECF Notice of Electronic Filing) |

DATE:                         JULIE RICHARDS JOHNSTON, CLERK

June 14, 2016             (By) /s/ Nicole Briggeman

                                    Deputy Clerk