IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PCS PHOSPHATE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendant/Third-Party Plaintiff, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY, *et uno*, <br><br> Third-Party Defendants. | Civil Action No.: 5:14-cv-99 <br><br> **FINAL ORDER OF DISMISSAL** |

On this __5__ day of January, 2017, this action and all claims therein are hereby dismissed with prejudice, with each party bearing its own costs.

_____
U.S. DISTRICT COURT JUDGE